**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Russell Divincenzo,<br><br>                        Plaintiff,<br>    v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank;<br>and DOES 1-10, inclusive,<br><br><br>                Defendants/Third-Party Plaintiff,<br><br>    v.<br><br>Susan Divincenzo,<br><br>                Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No.:  1:14-cv-00741-RJA<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>STIPULATION OF DISMISSAL</u>

      WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

      WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

      WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the matter of *Russell Divincenzo v. Synchrony Bank f/k/a GE Capital Retail Bank, et al.* is dismissed with prejudice and without costs to any party.  Further, pursuant to FRCP 41(a)(1)(A)(i), Synchrony Bank hereby dismisses the third-party action against Susan Divincenzo without prejudice and without costs to any party.

| | |
|---|---|
| Russell Divincenzo | Synchrony Bank f/k/a GE Capital Retail Bank |
|     /s/ *Sergei Lemberg* |   /s/ *Geoffrey G. Young* |
| Sergei Lemberg, Esq. | Geoffrey G. Young, Esq. |

Lemberg Law, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Attorney for Plaintiff

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Attorney for Defendant

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg_____

Sergei Lemberg